IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 4:22-CR-00046-ALM** |
| **v.** § | |
| § | |
| § | |
| § | |
| **ERIC SANCHEZ (2)** § | |
| § | |

**REPORT AND RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On July 17, 2027, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Eric Sanchez. The government was represented by Ryan Locker, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jon Hyatt, Federal Public Defender.

Defendant originally pled guilty to the offense of Bribery of a Public Official, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 15 and a criminal history category of VI, was 41 to 51 months. The offense carried a maximum imprisonment term of 15 years. On January 6, 2025, District Judge Amos Mazzant sentenced Defendant to 56 months and 20 days imprisonment (time served) followed by supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, and substance abuse testing and treatment. On January 6, 2025, Defendant completed his term of imprisonment and began service of his term of supervision.

Under the terms of supervised release, Defendant was required to report to the probation officer when instructed. In Allegation 3 of its petition, the government alleges that Defendant

violated the conditions of his supervised release when he failed to report to the U.S. probation officer as instructed for the month of February and March 2025, and failed to report to the U.S. Probation Office as instructed on March 31, 2025, April 1, 2025, and April 9, 2025. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to report to the probation officer as instructed, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of VI, the Guideline imprisonment range for a Grade C violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision as alleged in Allegation 3 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 12 months and 1 day imprisonment, with 18 months supervised release to follow. Additionally, the court also recommended the modification of the conditions of supervised release to add the following new conditions:

- You must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any mental health medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

- You must not possess or consume alcoholic beverages.

- You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

The court therefore **RECOMMENDS** that Defendant's plea of true be accepted and he be sentenced to a term of 12 months and 1 day imprisonment, with 18 months supervised release to follow, subject to the current conditions of supervised release in addition to the modified conditions stated herein. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 18th day of July, 2025.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE